**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-34091 | AJC | Judge: | A. Jay Cristol | Trustee Name: | Jacqueline Calderin, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | The Healing Care, Inc. | | | | Date Filed (f) or Converted (c): | 10/05/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/14/2012 |
| For Period Ending: | 12/31/2016 | | | | Claims Bar Date: | 02/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Great Florida Bank - Checking Acct. 0668 and 0676 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Office Equipment | 7,500.00 | 0.00 | | 0.00 | FA |
| 3. Potential Avoidance Actions (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4. Adv. Proceeding 14-01726-AJC Calderin v. Maeex Corporation (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 5. Adv. Proceeding 14-01703-AJC- Calderin v. American Express T (u) | 0.00 | 248,864.80 | | 248,864.80 | FA |
| 6. Adv. Proceeding 14-01746-AJC- Calderin v. Indura Systems, In (u) | 0.00 | 800.00 | | 800.00 | FA |
| 7. Adv. Proceeding 14-01737-AJC- Calderin v. Unlimited Financia (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 8. Adv. Proceeding 14-01736-AJC  Calderin v. Ramon Torres (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 9. Adv. Proceeding 14-01730 -AJC-Calderin v. Marathon Therapy I (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 10. Adv. Proceeding 14-01747-AJC Calderin v Chigin (u) | 0.00 | 5,000.00 | | 4,500.00 | 500.00 |
| 11. Adv. Proceeding 14-01744-AJC- Calderin v. Exclusive Nursing | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 12. Adv. Proceeding 14-01705-AJC Calderin v. Angels HHA Services (u) | 0.00 | 500.00 | | 500.00 | FA |
| 13. Adv. Proceeding 14-01720-AJC Calderin v. Efren Mendez PA (u) | 0.00 | 350.00 | | 350.00 | FA |
| 14. Adv. Proceeding 14-01732-AJC- Calderin v. One On One Skilled (u) | 0.00 | 350.00 | | 350.00 | FA |
| 15. Adv. Proceeding 14-01745-AJC- Calderin v. A to Z Therapy Ser (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 16. Adv. Proceeding 14-01739-AJC Calderin v. Zuselt Leon (u) | 0.00 | 5,187.50 | | 5,187.50 | FA |
| 17. Adv. Proceeding 14-01715-AJC- Calderin v. DAD Home Services  (u) | 0.00 | 180,406.00 | | 3,000.00 | FA |
| 18. Adv. Proceeding 14-01721-AJC Calderin v. Joel Fabre (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-34091 | AJC | Judge: |

A. Jay Cristol

| | |
|---|---|
| Case Name: | The Healing Care, Inc. |
| For Period Ending: | 12/31/2016 |

| | |
|---|---|
| Trustee Name: | Jacqueline Calderin, Trustee |
| Date Filed (f) or Converted (c): | 10/05/2012 (f) |
| 341(a) Meeting Date: | 11/14/2012 |
| Claims Bar Date: | 02/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19.  Adv. Proceeding 14-01718-AJC - Calderin v. Edward Prat (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 20.  Adv. Proceeding 14-01714-AJC  -  Calderin v. DM Physical The (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 21.  Adv. Proceeding 14-01709- AJC - Calderin v. Bluecoast Medica (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 22.  Adv. Proceeding 14-01735-AJC - Calderin v. Reyes Fiallo Corp (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 23.  Adv. Proceeding  14-01734-AJC Calderin v. Roman Luis Malagon (u) | 0.00 | 1,350.00 | | 1,350.00 | FA |
| 24.  Adv. Proceeding 14-01711- AJC - Calderin v. JP Morgan Chase (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 25.  Adv. Proceeding 14-01716- AJC - Calderin v. Dayamantis Leon (u) | 0.00 | 1,350.00 | | 1,350.00 | FA |
| 26.  Adv. Proceeding  14-01741-AJC Calderin v. Sergio Perez (u) | 0.00 | 6,500.00 | | 6,500.00 | FA |
| 27.  Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care C (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 28.  Adv. Proceeding 14-01708-AJC Calderin v Bernal SA Health, In (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 29.  Adv. Proceeding 14-01713-AJC Calderin v D & R Nusing Service (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 30.  Adv. Proceeding  14-01698-AJC Calderin v. A&M Holdings and I (u) | 0.00 | 20,301.41 | | 20,301.41 | FA |
| 31.  Adv. Proceeding  14-01704-AJC Calderin v. Rosales (u) | 0.00 | 7,500.00 | | 20,000.00 | FA |
| 32.  Adv. Proceeding  14-01727-AJC Calderin v. Mercedes Benz [ECF (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 33.  Adv. Proceeding 14-01707-AJC Calderin v. Benitez & Company C (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 34.  Adv. Proceeding 14-01700-AJC Calderin v AFO Consult Corp et  (u) | 0.00 | 6,000.00 | | 0.00 | 6,000.00 |
| INT.  Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $7,500.00 | $570,959.71 | $399,553.71 | $6,500.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collecting on settlements; Sent to Kapila for tax return.

RE PROP #    3    --    (will be listed individually)

RE PROP #    4    --    Adv. Proceeding 14-01726-AJC Calderin v. Maeex Corporation [ECF #55] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    5    --    Adv. Proceeding 14-01703-AJC- Calderin v. American Express [ECF #33] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    6    --    Adv. Proceeding 14-01746-AJC- Calderin v. Indura Systems, In [ECF #75] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    7    --    Adv. Proceeding 14-01737-AJC- Calderin v. Unlimited Financial [ECF #66] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    8    --    Adv. Proceeding 14-01736-AJC  Calderin v. Ramon Torres  [ECF #65] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    9    --    Adv. Proceeding 14-01730 -AJC-Calderin v. Marathon Therapy [ECF #59] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    10    --    Adversary Case Miguel A Chigin #14-01747 [ECF #76]
Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    11    --    Adv. Proceeding 14-01744-AJC- Calderin v. Exclusive Nursing [ECF #73] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    12    --    Per Settlement of Adversary Case 14-01705 Calderin v Angel HHA Services, LLC [ECF #35]

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    13    --    Adv. Proceeding 14-01720-AJC- Calderin v. Efren Mendez PA [ECF #49] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    14    --    Adv. Proceeding 14-01732-AJC- Calderin v. One On One Skilled [ECF #61] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

RE PROP #    15    --    Adv. Proceeding 14-01745-AJC- Calderin v. A to Z Therapy[ECF #74] (10.3.14)

Order on Motion to Compromise [ECF #130] (10.2.15)

| | | | |
|---|---|---|---|
| RE PROP # | 16 | -- | Adv. Proceeding 14-01739-AJC Calderin v. Zuselt Leon [ECF #68] (10.3.14) |
| | | | Order Dismissing Adversary Proceeding [ECF #26] (6.16.15) |
| | | | Claim from Zuselt Bankruptcy proceeding 14-36173-AJC |
| RE PROP # | 17 | -- | Adv. Proceeding 14-01715-AJC- Calderin v. DAD Home Services  [ECF #45] (10.3.14)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 18 | -- | Adv. Proceeding 14-01721-AJC Calderin v. Joel Fabre  [ECF #50] (10.3.14)<br>Ordered Settlement [ECF #30] (10.2.15) |
| RE PROP # | 19 | -- | Adv. Proceeding 14-01718-AJC - Calderin v. Edward Prat [ECF #47] (10.3.14)<br>Ordered Settlement [ECF # 130] (10.2.15) |
| RE PROP # | 20 | -- | Adv. Proceeding 14-01714-AJC  -  Calderin v. DM Physical Therapy Services [ECF #44] (10.3.14)<br>Settlement Order [ECF #130] (10.2.15) |
| RE PROP # | 21 | -- | Adv. Proceeding 14-01709- AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.14)<br>Settlement Order [ECF # 130] (10.2.15) |
| RE PROP # | 22 | -- | Adv. Proceeding 14-01735-AJC - Calderin v. Reyes Fiallo Corp. [ECF# 64] (10.03.2014)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 23 | -- | Adv. Proceeding  14-01734-AJC Calderin v. Roman Luis Malagon [ECF #63] (10.3.14)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 24 | -- | Adv. Proceeding 14-01711- AJC - Calderin v. JP Morgan Chase  [ECF #41] (10.3.14)<br>Settlement Order [ECF # 130] (10.2.15) |
| RE PROP # | 25 | -- | Adv. Proceeding 14-01716- AJC - Calderin v. Dayamantis Leon [ECF #78] (10.3.14)<br>Order on Settlement [ECF #130] (10.2.15) |
| RE PROP # | 26 | -- | Adv. Proceeding  14-01741-AJC Calderin v. Sergio Perez [ECF #70] (10.3.14)<br>Order on Motion to Compromise [ECF #130] (10.2.15) |
| RE PROP # | 27 | -- | Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 28 | -- | Adv. Proceeding 14-01708-AJC Calderin v Bernal SA Health, Inc.  [ECF #38] (10.3.14)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 29 | -- | Adv. Proceeding 14-01713-AJC Calderin v D & R Nusing Services, Inc  [ECF #43] (10.3.14)<br>Order on 9019 Motion [ECF #137] (5.13.16) |
| RE PROP # | 30 | -- | Adv. Proceeding  14-01698-AJC Calderin v. A&M Holdings and Investment, LLC [ECF #28] (10.3.14)<br>Adversary Case Closed [ECF #87] (12.11.14)<br>Final Judgement in Favor of Jacqueline Calderin Against Sunstust [ECF #42] (2.22.16) in Adversary Proceeding. |

RE PROP #    31    --    Adv. Proceeding  14-01704-AJC Calderin v. Rosales [ECF #34] (10.3.14)

Order granting Motion to Compromise Controversy [ECF #147] (6.27.16)

RE PROP #    32    --    Adv. Proceeding  14-01727-AJC Calderin v. Mercedes Benz [ECF #56] (10.3.14)

Order Granting Motion to Compromise [ECF #147] (6.27.16)

RE PROP #    33    --    Adv. Proceeding 14-01707-AJC Calderin v. Benitez & Company C

Order granting Motion to Compromise Controversy [ECF #147] (6.27.16)

RE PROP #    34    --    Adv. Proceeding 14-01700-AJC Calderin v AFO Consult Corp et al [ECF #30] (10.3.14)

Order on Motion to Compromise Controversy  [ECF #137] (5.13.16)

Initial Projected Date of Final Report (TFR): 01/31/2015          Current Projected Date of Final Report (TFR): 06/30/2017

Trustee Signature:    _/s/ Jacqueline Calderin, Trustee_    Date: 02/07/2017

Jacqueline Calderin, Trustee
247 SW 8 Street, #880
Miami, Florida 33130
(786) 369-8440
calderintrustee@gmail.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-34091 | Trustee Name: Jacqueline Calderin, Trustee | |
| Case Name: The Healing Care, Inc. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX9123 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8659 | Blanket Bond (per case limit): $123,797,500.00 | |
| For Period Ending: 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/15 | 5 | American Express Travel Related Services 2401 W Behrend Drive, Suite 55, MC 24-01-17 Phoenix AZ 85027 | Settlement Funds Adversary American Express Case #14-01703 [ECF #33] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $26,816.79 | | $26,816.79 |
| 03/10/15 | 5 | American Express Travel Related Services 2401 W Behrend Drive, Suite 55, MC 24-01-17 Phoenix AZ 85027 | Settlement Funds Adversary American Express Case #14-01703 [ECF #33] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $222,048.01 | | $248,864.80 |
| 03/30/15 | 6 | Indura Systems, Inc. 960 Northgate Dr, Ste 303 San Rafael, CA 94903-3413 | Settlement Funds Advsersary Case - Indura Systems Case #14-01746 [ECF #75] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $800.00 | | $249,664.80 |
| 03/30/15 | 7 | Mayda Ladicani 3253 118th Ct Miami, FL  33175 | Settlement Funds Adversary Unlimited Financial Management Services, Inc. Case #14-01737 [ECF #66] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $2,500.00 | | $252,164.80 |
| 03/30/15 | 8 | Ramon Torres Miami Postal Service Credit Union | Settlement Funds Adversary Case - Torres Case #14-01736  [ECF #65] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $8,000.00 | | $260,164.80 |
| 04/22/15 | 4 | Jorge Luis Lopez Florida Community Bank Cashier's Check | Settlement Funds Adversary Case Maeex Corporation #14-01726 [ECF #55]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $3,500.00 | | $263,664.80 |

Page Subtotals: $263,664.80    $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $239.18 | $263,425.62 |
| 05/06/15 | 9 | Marathon Therapy Associates, Inc. | Settlement Funds Adversary Case - Marathon Therapy #14-01730 [ECF #59]<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $2,500.00 | | $265,925.62 |
| 05/15/15 | 10 | Asuncion Alfonso 4425 SW 112th Place Miami, FL 33165 | Settlement Funds Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $2,500.00 | | $268,425.62 |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $268,925.62 |
| 05/19/15 | 11 | Western Union Money ORder | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $269,425.62 |

Page Subtotals: $6,000.00    $239.18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $269,925.62 |
| 05/19/15 | 11 | Western Union Money ORder | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $270,425.62 |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $270,925.62 |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $271,425.62 |

Page Subtotals: $2,000.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  12-34091

Case Name:  The Healing Care, Inc.

Taxpayer ID No:  XX-XXX8659

For Period Ending:  12/31/2016

Trustee Name:  Jacqueline Calderin, Trustee

Bank Name:  Union Bank

Account Number/CD#:  XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $271,925.62 |
| 05/19/15 | 11 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01744 Calderin v Exclusive Nursing Service Corp. [ECF #43]  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $272,425.62 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $375.51 | $272,050.11 |
| 06/08/15 | 10 | Asuncion Alfonso 4425 SW 112th Pl Miami, FL 33165 | Settlement Funds Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $272,300.11 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.09 | $271,902.02 |
| 07/08/15 | 10 | Asuncion Alfonso 4425 SW 112 PL Miami, FL 33165 | Settlement Funds Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $272,152.02 |

Page Subtotals:                                       $1,500.00        $773.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/15 | 12 | Western Union Money Order | Settlement Funds Per Settlement of Adversary Case 14-01705 Calderin v Angel HHA Services, LLC [ECF #35]<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $500.00 | | $272,652.02 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $391.45 | $272,260.57 |
| 08/10/15 | 15 | A to Z Therapy Services, Inc. 980 NW 123 Ct. Miami, FL 33182 | Settlement Funds Adv. Proceeding 14-01745-AJC- Calderin v. A to Z Therapy Serivces, Inc. [ECF #74] (10.3.14) Settlement Order - [ECF #130] (10.2.15) | 1249-000 | $3,500.00 | | $275,760.57 |
| 08/18/15 | 10 | Asuncion Alfonso 4425 SW 112th Pl Miami, FL 33165-5561 | Settlement Funds Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $276,010.57 |
| 08/20/15 | 16 | Robert A. Angueira 6495 SW 24th Street Miami, FL 33155 | Settlement Funds Adversary Case Zuselt Corp #14-01739 [ECF #68] Order of Dismissal [ECF #25] - 6.15.15<br><br>Dividend Paid on Claim filed in Zuselt Bankruptcy 14-36173-AJC | 1249-000 | $5,187.50 | | $281,198.07 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $404.60 | $280,793.47 |

Page Subtotals:                                                                                          $9,437.50          $796.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/15 | 10 | Asuncion Alfonso 4425 SW 112 PL Miami, FL 33165 | Settlement Funds Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $281,043.47 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $410.18 | $280,633.29 |
| 10/20/15 | 10001 | American Express Travel Related Serivces Company, Inc. | Overpayment Refund Return of overpayment made by American Express per Order [ECF #130] (10.2.15) | 8500-002 | | $98,864.80 | $181,768.49 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $403.92 | $181,364.57 |
| 10/30/15 | 18 | Slatkin & Reynolds, P.A. One East Broward Blvd., Suite 609 Fort Lauderdale, FL 33301 | Adversary Complaint Fee Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $750.00 | | $182,114.57 |
| 10/30/15 | 20 | Stlatkin & Reynolds, P.A. One East Broward Blvd., Suite 609 Fort Lauderdale, FL 33301 | Adversary Complaint Fee Adv. Proceeding 14-01714-AJC  - Calderin v. DM Physical Therapy Services [ECF #44] (10.3.14) Settlement Order [ECF #130] (10.2.15) | 1249-000 | $750.00 | | $182,864.57 |
| 10/30/15 | 19 | Slatkin & Reynolds, P.A. One East Broward Blvd., Suite 609 Fort Lauderdale, FL 33301 | Adversary Complaint Fee Adv. Proceeding 14-01718-AJC - Calderin v. Edward Prat [ECF #47] (10.3.14)  Ordered Settlement [ECF # 130] (10.2.15) | 1249-000 | $750.00 | | $183,614.57 |

Page Subtotals:                     $2,500.00          $99,678.90

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-34091 | Trustee Name: Jacqueline Calderin, Trustee | |
| Case Name: The Healing Care, Inc. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX9123 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8659 | Blanket Bond (per case limit): $123,797,500.00 | |
| For Period Ending: 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | 21 | Slatkin & Reynolds, P.A. | Adversary Complaint Fee Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.15) Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $750.00 | | $184,364.57 |
| 10/30/15 | 10 | Asuncion Alfonso 4425 SW 112 Pl Miami, FL 33165 | Adversary Complaint Fee Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $184,614.57 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $416.99 | $184,197.58 |
| 12/03/15 | 10 | Asuncion Alfonso 4425 SW 1112 Pl Miami, FL 33165 | Adversry Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $184,447.58 |
| 12/07/15 | 18 | Slatkin & Reynolds, P.A. One East Broward Blvd. Suite 609 Fort Lauderdale, FL 33301 | Adversary Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $185,097.58 |
| 12/07/15 | 20 | Slatkin & Reynolds, P.A. One East Broward Blvd, Suite 609 Fort Lauderdale, FL  33301 | Adversary Adv. Proceeding 14-01714-AJC  -  Calderin v. DM Physical Therapy Services [ECF #44] (10.3.14) Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $185,747.58 |

Page Subtotals: $2,550.00    $416.99

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | 19 | Slatkin & Reynolds, PA One East Broward Blvd, Suite 609 Fort Lauderdale, FL 33301 | Adversary Adv. Proceeding 14-01718-AJC - Calderin v. Edward Prat [ECF #47] (10.3.14)  Ordered Settlement [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $186,397.58 |
| 12/07/15 | 21 | Slatkin & Reynolds, PA One East Broward Blvd, Suite 609 Fort Lauderdale, Fl 33301 | Adversary Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.14) Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $187,047.58 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $284.22 | $186,763.36 |
| 01/14/16 | 22 | Raul Reyes 20235 SW 90th Ave Rd. Cutler Bay, FL 33189 | Adversary Proceeding Adv. Proceeding - Calderin v. Reyes Fiallo Corp. - Case No.: 14-01735-AJC [ECF# 64] (10.03.2014)  Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $187,263.36 |
| 01/14/16 | 21 | Slatkin & Reynolds, P.A. One East Broward Blvd., Suite 609 Fort Lauderdale, FL 33301 | Adversary Proceeding Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.15) Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $187,913.36 |
| 01/14/16 | 20 | Slatkin & Reynolds, P.A. One East Broward Blvd., Suite 609 Fort Lauderdale, FL 33301 | Adversary Proceeding Adv. Proceeding - Calderin v. D M Physical Therapy Services - Adv. Case No.: 14-01714-AJC  Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $188,563.36 |

Page Subtotals: $3,100.00    $284.22

Page:   9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/16 | 19 | Slatkin & Reynolds, P.A. One East Broward Blvd. Suite 609 Fort Lauderdale, FL 33301 | Adversary Proceeding Adv. Proceeding - Calderin v. Edward Prat - Adv. Case No.: 14-01718-AJC  Ordered Settlement [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $189,213.36 |
| 01/14/16 | 18 | Slatkin & Reynolds, P.A. One East Broward Blvd. Suite 609 Fort Lauderdale, FL 33301 | Adversary Proceeding Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $189,863.36 |
| 01/20/16 | 10 | Asuncion Alfonso 4425 SW 112th Pl Miami, FL 33165 | Adversary Proceeding Adversary Case Miguel A Chigin #14-01747 [ECF #76] Order [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $190,113.36 |
| 01/20/16 | 23 | Roman Luis 9535 SW 187 St Cutler Bay, FL 33157 | Adversary Proceeding Adv. Proceeding Roman Luis Malagon [ECF #63] (10.3.14)  Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $1,350.00 | | $191,463.36 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.05 | $191,186.31 |
| 01/26/16 | 27 | Hector Martin 6861 W 4 Ave, Apt 5 Hialeah, FL 33014 | Adversary Proceeding Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14) Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $191,686.31 |

Page Subtotals:                                        $3,400.00        $277.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/16 | 28 | Sergio Bernal<br>14250 SW 36 St<br>Miami, FL 33175 | Adversary Proceeding<br>Adv. Proceeding 14-01708-AJC<br>Calderin v Bernal SA Health, Inc. [ECF #38] (10.3.14)<br><br>Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $1,500.00 | | $193,186.31 |
| 02/02/16 | 29 | Dubarys Zchesan<br>17101 SW 90 Ave<br>Miami, FL 33157 | Adversary Proceeding<br>Adv. Proceeding 14-01713-AJC<br>Calderin v D & R Nusing Services, Inc [ECF #43] (10.3.14)<br><br>Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $1,500.00 | | $194,686.31 |
| 02/02/16 | 25 | Marcell Leon<br>Damayantis D Leon<br>12940 SW 647th Ln, Unit 313-3<br>Miami, FL 33183 | Adversary Proceeding<br>Adv. Proceeding 14-01716-AJC - Calderin v. Dayamantis Leon [ECF #78] (10.3.14)<br><br>Order on Settlement [ECF #130] (10.2.15) | 1249-000 | $1,350.00 | | $196,036.31 |
| 02/19/16 | 24 | JP Morgan Chase & Co | Adversary Proceeding<br>Adv. Proceeding 14-01711-AJC - Calderin v. JP Morgan Chase [ECF #41] (10.3.14)<br>Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $20,000.00 | | $216,036.31 |
| 02/19/16 | 10 | Asuncion Alfonso<br>4425 SW 112 PL<br>MIami, FL 33165 | Adversary Proceeding<br>Adversary Case Miguel A Chigin #14-01747 [ECF #76]<br>Order [ECF #130] (10.2.15) | 1249-000 | $250.00 | | $216,286.31 |
| 02/24/16 | 18 | SItatkin & Reynolds, P.A. | Adversary Proceeding<br>Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $216,936.31 |

Page Subtotals: $25,250.00    $0.00

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | 20 | Slatkin & Reynolds, P.A. | Adversary Proceeding Adv. Proceeding - Calderin v. D M Physical Therapy Services - Adv. Case No.: 14-01714-AJC<br><br>Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $217,586.31 |
| 02/24/16 | 19 | Slatkin & Reynolds, P.A. | Adversary Proceeding Adv. Proceeding - Calderin v. Edward Prat - Adv. Case No.: 14-01718-AJC<br><br>Ordered Settlement [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $218,236.31 |
| 02/24/16 | 21 | Slatkin & Reynolds, P.A. | Adversary Proceeding Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.15) Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $218,886.31 |
| 02/24/16 | 27 | Hector Martin 6861 W 4th Ave, Apt 5 Hialeah, FL 33014 | Adversary Proceeding Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14) Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $219,386.31 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $280.22 | $219,106.09 |
| 02/26/16 | 22 | Paul Reyes & Fania Fiallo 20235 SW 90th Ave Rd Cutler Bay, FL 33189 | Adversary Proceeding Adv. Proceeding 14-01735-AJC - Calderin v. Reyes Fiallo Corp. [ECF# 64] (10.03.2014)<br><br>Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $219,606.09 |

Page Subtotals: $2,950.00 $280.22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/16 | 17 | Jose A Fernandez-Rana B of A Cashier's Ck | Adversary Case Adv. Proceeding 14-01715-AJC- Calderin v. DAD Home Services [ECF #45] (10.3.14)  Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $3,000.00 | | $222,606.09 |
| 03/18/16 | 30 | Sun Trust Official Check | Adversary Proceeding Adv. Proceeding 14-01698-AJC Calderin v. A&M Holdings and Investment, LLC [ECF #28] (10.3.14). Adversary Case Closed [ECF #87] (12.11.14)  Final Judgement in Favor of Jacqueline Calderin Against Sunstust [ECF #42] (2.22.16) in Adversary Proceeding. | 1249-000 | $20,301.41 | | $242,907.50 |
| 03/18/16 | 18 | Slatkin & Reynolds, P.A. | Settlement Funds Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $243,557.50 |
| 03/18/16 | 20 | Slatkin & Reynolds, P.A. | Settlement Funds Adv. Proceeding - Calderin v. D M Physical Therapy Services - Adv. Case No.: 14-01714-AJC  Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $244,207.50 |
| 03/18/16 | 19 | Slatkin & Reynolds, P.A. | Settlement Funds Adv. Proceeding - Calderin v. Edward Prat - Adv. Case No.: 14-01718-AJC  Ordered Settlement [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $244,857.50 |

Page Subtotals:    $25,251.41    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/16 | 21 | Slatkin & Reynolds, P.A. | Settlement Funds Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.15) Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $245,507.50 |
| 03/21/16 | 27 | Hector Martin 6861 W 4th Ave, Apt 5 Hialeah, FL 33014 | Adversary Proceeding Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14) Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $246,007.50 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.85 | $245,727.65 |
| 04/13/16 | 26 | Jorge L Musa Bank of America Cashier's Ck | Adversary Proceeding | 1249-000 | $2,166.67 | | $247,894.32 |
| 04/18/16 | 18 | Slatkin & Reynolds, P.A. | Adversary Proceeding Adv. Proceeding - Calderin v. Joel Fabre - Adv. Case No.: 14-01721-AJC  Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $248,544.32 |
| 04/18/16 | 20 | Slatkin & Reynolds, PA | Adversary Proceeding Adv. Proceeding - Calderin v. D M Physical Therapy Services - Adv. Case No.: 14-01714-AJC  Settlement Order [ECF #130] (10.2.15) | 1249-000 | $650.00 | | $249,194.32 |
| 04/18/16 | 21 | Slatkin & Reynolds, P.A. | Adversary Proceeding Adv. Proceeding 14-01709-AJC - Calderin v. Bluecoast Medical Services [ECF #39] (10.3.15) Settlement Order [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $249,844.32 |

Page Subtotals: $5,266.67   $279.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091                                                          Trustee Name: Jacqueline Calderin, Trustee
Case Name: The Healing Care, Inc.                                         Bank Name: Union Bank
                                                                          Account Number/CD#: XXXXXX9123
                                                                          Checking
Taxpayer ID No: XX-XXX8659                                                 Blanket Bond (per case limit): $123,797,500.00
For Period Ending: 12/31/2016                                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/16 | 19 | Slatkin & Reynolds, PA | Adversary Proceeding Adv. Proceeding - Calderin v. Edward Prat - Adv. Case No.: 14-01718-AJC<br><br>Ordered Settlement [ECF # 130] (10.2.15) | 1249-000 | $650.00 | | $250,494.32 |
| 04/22/16 | 27 | Hector Martin | Adversary Proceeding Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14) Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $250,994.32 |
| 04/22/16 | 26 | Sergio Perez | Adversary Proceeding Adv. Proceeding 14-01741-AJC Calderin v. Sergio Perez [ECF #70] (10.3.14)<br><br>Order on Motion to Compromise [ECF #130] (10.2.15) | 1249-000 | $2,166.67 | | $253,160.99 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $341.28 | $252,819.71 |
| 05/04/16 | | James B Miller PA Iolta Account | Adversary Proceeding Adv. Proceeding 14-01720-AJC- Calderin v. Efren Mendez PA [ECF #49] (10.3.14) Order on Motion to Compromise [ECF #130] (10.2.15)<br><br>AND<br><br>Adv. Proceeding 14-01732-AJC- Calderin v. One On One Skilled [ECF #61] (10.3.14) Order on Motion to Compromise [ECF #130] (10.2.15) | | $700.00 | | $253,519.71 |

Page Subtotals:                                                          $4,016.67        $341.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-34091 | Trustee Name: Jacqueline Calderin, Trustee |
| Case Name: The Healing Care, Inc. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9123 |
| | Checking |
| Taxpayer ID No: XX-XXX8659 | Blanket Bond (per case limit): $123,797,500.00 |
| For Period Ending: 12/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $700.00 | | | | |
| | 13 | | Adv. Proceeding 14-01720-AJC- Calderin v. Efren Mendez PA | $350.00 | 1249-000 | | | |
| | 14 | | Adv. Proceeding 14-01732-AJC- Calderin v. One On One Skilled | $350.00 | 1249-000 | | | |
| 05/11/16 | 31 | Americo Rosales SunTrust Official Check | Adversary Proceeding Adv. Proceeding 14-01704-AJC Calderin v. Rosales [ECF #34] (10.3.14)  Order Granting Motion to Compromise [ECF #147] (6.27.16) | | 1249-000 | $7,500.00 | | $261,019.71 |
| 05/24/16 | 32 | Mercedes Benz Financial Services USA LLC 36455 Corporate Drive Farmington Hills, MI 48331 | Adversary Proceeding Adv. Proceeding 14-01727-AJC Calderin v. Mercedes Benz [ECF #56] (10.3.14)  Order Granting Motion to Compromise [ECF #147] (6.27.16) | | 1249-000 | $10,000.00 | | $271,019.71 |
| 05/24/16 | 26 | Sergio Perez BofA Cashier's Ck | Adversary Proceeding Adv. Proceeding 14-01741-AJC Calderin v. Sergio Perez [ECF #70] (10.3.14)  Order on Motion to Compromise [ECF #130] (10.2.15) | | 1249-000 | $2,166.66 | | $273,186.37 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $356.40 | $272,829.97 |

| | | | | Page Subtotals: | | $19,666.66 | $356.40 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/16 | 33 | Benitez & Company CPAs | Adversary Proceeding Adv. Proceeding - Calderin v. Benitez & Company CPAs, LLC - Adv. Case No.: 14-01707-AJC<br><br>Order Granting Motion to Compromise [ECF #147] (6.27.16) | 1249-000 | $10,000.00 | | $282,829.97 |
| 06/15/16 | 27 | Hector Martin | Adversary Proceeding Adv. Proceeding 14-01699-AJC Calderin v Acacia Health Care Corp [ECF #29] (10.3.14) Order on 9019 Motion [ECF #137] (5.13.16) | 1249-000 | $500.00 | | $283,329.97 |
| 06/22/16 | 10002 | Jerry Markowitz Markowitz, Ringel, Trusty & Hartog, P.A. Two Datran Center, Suite 1800 9130 South Dadeland Boulevard Miami, FL 33156-7849 | Mediator Fees Trustee's/Estate's Portion of the Mediator's Fees for the Mediation of the Adversary Proceeding 14-01704-AJC per Order [ECF #145] (6.13.16) | 3721-000 | | $1,954.50 | $281,375.47 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $386.73 | $280,988.74 |
| 07/21/16 | 31 | Americo Rosales SunTrust Official Ck | Adversary Proceeding Adv. Proceeding 14-01704-AJC Calderin v. Rosales [ECF #34] (10.3.14)<br><br>Order granting Motion to Compromise Controversy [ECF #147] (6.27.16) | 1249-000 | $6,250.00 | | $287,238.74 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $401.49 | $286,837.25 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $419.35 | $286,417.90 |
| | | | Page Subtotals: | | $16,750.00 | $3,162.07 | |

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  12-34091

Case Name: The Healing Care, Inc.

Taxpayer ID No: XX-XXX8659

For Period Ending: 12/31/2016

Trustee Name:  Jacqueline Calderin, Trustee

Bank Name:  Union Bank

Account Number/CD#:  XXXXXX9123

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/16 | 31 | Americo Rosales<br>Sun Trust Official Ck | Adversary Proceeding<br>Adv. Proceeding  14-01704-AJC Calderin v. Rosales [ECF #34] (10.3.14)<br><br>Order granting Motion to Compromise Controversy [ECF #147] (6.27.16) | 1249-000 | $6,250.00 | | $292,667.90 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $425.02 | $292,242.88 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $414.03 | $291,828.85 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $433.04 | $291,395.81 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $418.48 | $290,977.33 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $399,553.71 | $108,576.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $399,553.71 | $108,576.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $399,553.71 | $108,576.38 |

Page Subtotals:                                   $6,250.00          $1,690.57

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9123 - Checking | $399,553.71 | $108,576.38 | $290,977.33 |
| | $399,553.71 | $108,576.38 | $290,977.33 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $399,553.71 |
| Total Gross Receipts: | $399,553.71 |

Trustee Signature:      /s/ Jacqueline Calderin, Trustee      Date: 02/07/2017

Jacqueline Calderin, Trustee
247 SW 8 Street, #880
Miami, Florida 33130
(786) 369-8440
calderintrustee@gmail.com

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |